| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RANDY SEJA,<br><br>　　　　　　　Defendant. | Case No. 1:16-cr-00123-DAD-BAM-2<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Randy Seja, attorney for the defendant, that the sentencing set for, July 9, 2018, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to August 20, 2018 at 10:00 a.m. The government needs additional time to provide additional discovery to the U.S. Probation Office. The discovery in this case is voluminous, involved multiple wiretaps, and in order to avoid overburdening the Probation Office with massive discovery and pinpointing only that applicable to this defendant, it is taking longer than providing discovery ordinarily would. The parties have consulted with the

**[Remainder of page intentionally left blank.]**

1

assigned U.S. Probation Officer, who is in agreement with the earlier sentencing date.

Dated: May 22, 2018                              Respectfully submitted,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

                                      By         /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney

Dated: May 22, 2018                              /s/ Richard Beshwate
                                                 RICHARD BESHWATE
                                                 Attorney for Defendant

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 9, 2018, is continued to August 20, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 23, 2018**                          _____
                                                 UNITED STATES DISTRICT JUDGE