RICHARD A. BESHWATE, JR., SBN 179762
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1979

Attorney for Defendant
RANDY SEJA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00123-DAD-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| v. | |
| RANDY SEJA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant RANDY SEJA, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for August 22, 2018, at 10:00 a.m., shall be calendared for SEPTEMBER 24, 2018, at 10:00 a.m. for sentencing.

Mr. Seja is requesting a short continuance of the sentencing hearing because he needs to address family issues prior to being sentenced. Counsel needs additional time to prepare and file a sentencing memorandum. Assistant United States Attorney Kimberly Sanchez has no objection to the continuance.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18

1

U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: August 16, 2018          Respectfully submitted,

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
RANDY SEJA

Dated:  August 16, 2018          Respectfully submitted,

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, the hearing as to the above-named defendant currently set for August 22, 2018, at 10:00 a.m., is vacated and the sentencing hearing will be heard on September 24, 2018, at 10:00 a.m. in Judge Drozd's courtroom.  Although the Speedy Trial Act does not apply to sentencing, the court will pursuant to the parties' stipulation nonetheless exclude the time period between August 22, 2018 and September 24, 2018 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **August 16, 2018**                              _Dale A. Drozd_
                                                          UNITED STATES DISTRICT JUDGE