| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY SEJA,<br><br>Defendant. | No. 1:16-cr-00123-DAD-BAM-2<br><br>ORDER GRANTING ATTORNEY BESHWATE, JR.'S REQUEST TO WITHDRAW AS COUNSEL FOR DEFENDANT RANDY SEJA<br><br>(Doc. No. 128) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On August 27, 2020, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the court appointed attorney Richard A. Beshwate, Jr. to represent defendant Randy Seja, who had expressed his wishes that counsel be appointed to represent him in connection with moving for compassionate release under the provisions of the First Step Act, 18 U.S.C. §§ 3631, *et seq*. (Doc. No. 113.)

On June 24, 2021, attorney Beshwate, Jr. filed a notice of non-supplementation of defendant Seja's *pro se* request and a motion to withdrawal as counsel. (Doc. No. 128.) Therein, attorney Beshwate, Jr. states that he "has reviewed Mr. Seja's case and does not believe there is any reason for a compassionate release and hereby requests leave to withdraw as counsel in this matter." (*Id.*)

Having reviewed the notice, the court hereby grants attorney Beshwate, Jr.'s request for leave to withdraw as defense counsel in this matter (Doc. No. 128). Defendant is directed to

either file on his own behalf a motion for a reduction of his sentence under the provisions of the First Step Act, 18 U.S.C. § 3631 or notify the court that he does not wish to proceed with this matter within twenty-eight (28) days of service of this order.

The Clerk of Court is directed to serve a copy of this order on defendant Seja at the following address and to update the docket to reflect defendant Seja's *pro se* status and contact information.

> Randy Seja
> Registration Number 75869-097
> FCI Victorville Medium II
> Federal Correction Institution
> P.O. Box 3850
> Adelanto, CA 92301

IT IS SO ORDERED.

Dated: **June 25, 2021**

UNITED STATES DISTRICT JUDGE